IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEI KE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, et al. | : | No. 17-cv-3230 |

ORDER

AND NOW, this 10th day of August 2017, after review of Plaintiff's Amended Complaint (Doc. No. 11), Plaintiff's Motion to Remand (Doc. No. 10), and Defendants' Response in Opposition (Doc. No. 13), it is hereby ORDERED that Plaintiff's motion to remand is GRANTED, and the above-captioned case is REMANDED to the Court of Common Pleas of Philadelphia County. This Court has discretion to "remand a removed case to state court when all federal-law claims have dropped out of the action and only pendent state-law claims remain." Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343, 357 (1988); see also 28 U.S.C. § 1367. Since Defendant, not Plaintiff, brought this action into federal court, since Plaintiff amended his complaint at an early stage not in response to an unfavorable ruling, and since remanding the case at this early stage promotes the values of economy, convenience, fairness, and comity, remand is proper. See e.g., Hartman v. Cadmus-Cenveo Co., 2014 WL 4662499, at *4 (E.D. Pa. Sept. 19, 2014); Hunter v. Temple Univ. Sch. of Med., 2003 WL 22597677, at *2 (E.D. Pa. Oct. 29, 2003).

The Clerk of Court is directed to promptly transfer the case to the Court of Common Pleas of Philadelphia County, and to close this matter for statistical purposes.

It is further ORDERED that Defendants' Partial Motion to Dismiss (Doc. No. 6) and Plaintiff's Motion for Reconsideration (Doc. No. 12) are DENIED as moot.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.