IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEI KE | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, et al. | : | No. 17-cv-3230 |

## ORDER

AND NOW, this 5th day of September 2017, in light of the Court's August 14, 2017 Order remanding the above-captioned case to the Court of Common Pleas of Philadelphia County, it is hereby ORDERED that Plaintiff's Motion for Recusal (Doc. No. 15) and Plaintiff's Motion for Leave to Reply (Doc. No. 16) are both DENIED as moot.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.